# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CLARENCE ANDERSON,                                                                      PLAINTIFF
ADC #165441

v.                                          3:16CV00304-JM-JTK

JOHNATHAN COOK, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2.  Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.  The Court certifies that an in forma pauperis appeal from this Order and accompanying Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of January, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE